O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTIN VALENZUELA-SANCHEZ,<br><br>　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>CALVIN JOHNSON,<br><br>　　　　　　　　Respondent. | Case No. CV 15-9726-RSWL (KK)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's Petition for a Writ of Habeas Corpus, Respondent's Motion to Dismiss, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Judgment be entered: (1) granting Respondent's Motion to Dismiss; and (2) dismissing this action without prejudice.

Dated: 6/24/2016　　　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　HONORABLE RONALD S.W. LEW
　　　　　　　　　　　　　　　　United States District Judge