JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTIN VALENZUELA-SANCHEZ,<br><br>              Petitioner,<br><br>       v.<br><br>CALVIN JOHNSON,<br><br>              Respondent. | Case No. CV 15-9726-RSWL (KK)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that Respondent's Motion to Dismiss is granted and this action is dismissed without prejudice.

Dated: 6/24/2016                       s/ RONALD S.W. LEW
                                              HONORABLE RONALD S.W. LEW
                                              United States District Judge